**CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JULIA TORRES,

          Plaintiff(s),

v.

PAY LESS REALTY LLC,

          Defendant(s).

Civil Action No: 25-16846 (CCC)

**ORDER FOR DISMISSAL**

It appearing in the above captioned action that the plaintiff has failed to move this action by moving for default within the time frame established by this Court;

**It is on this 25th day of MARCH, 2026;**

**ORDERED** that this action is hereby dismissed, without prejudice for failure to comply with the court's Order of March 10, 2026.

**HON. CLAIRE C. CECCHI**
United States District Judge